■ 1995 Birchall Avenue LLC, Appellant, v Lekhram Boodhoo et al., Respondents, et al., Defendants. [7 NYS3d 897]— Order, Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered on or about August 14, 2014, which, inter alia, denied plaintiff's motion seeking the appointment of a temporary receiver, unanimously affirmed, without costs.

The court properly denied plaintiff's motion for the appointment of a temporary receiver pursuant to CPLR 6401. Plaintiff failed to make a clear evidentiary showing warranting the drastic remedy of appointment of a receiver (*see Moran v Moran*, 77 AD3d 443, 445 [1st Dept 2010]). Plaintiff's argument that it was it was not required to make the showing of necessity mandated by CPLR 6401 (a) because the mortgage should be construed under Real Property Law § 254 (10) to authorize the appointment of a receiver, was not properly raised below (*see Dannasch v Bifulco*, 184 AD2d 415, 417 [1st Dept 1992]). Concur—Friedman, J.P., Saxe, Richter and Manzanet-Daniels, JJ.